UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JEFFREY T. WILMOTH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:11-0046 |
| ) | Judge Sharp/Brown |
| JONATHAN WHITTAKER AND ) | |
| LOGAN ALLEN ) | |
| ) | |
| Defendants. ) | |

### ORDER

This action was referred to the undersigned on June 20, 2011, (Docket Entry 12). The parties have now filed a joint stipulation of dismissal of all claims (Docket Entry 22).

It appears there is nothing further to be done by the Magistrate Judge. Accordingly, the Clerk is directed to term the referral and forward this file to Judge Sharp for his consideration of the stipulation of dismissal.

It is so **ORDERED**.

JOE B. BROWN
United States Magistrate Judge